# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | Case No. 11-_____-__ |
| ) | |
| REGEN BIOLOGICS, INC., ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| In Re: ) | Case No. 11-_____-__ |
| ) | |
| RBIO, INC., ) | Chapter 11 |
| ) | |
| Debtor. ) | (Joint Administration Requested) |

## CERTIFICATION CONCERNING LIST OF CREDITORS
## HOLDING 20 LARGEST UNSECURED CLAIMS

ReGen Biologics, Inc. ("ReGen"), a debtor and debtor-in-possession, certifies that the list of the creditors holding the twenty largest unsecured claims, attached hereto as Exhibit A (the "ReGen List"), is true and correct to the best of its knowledge and consistent with ReGen's books and records. ReGen will supplement the ReGen List to the extent additional information regarding the creditors holding the twenty largest unsecured claims against ReGen becomes available.

RBio, Inc. ("RBio" and together with ReGen, the "Debtors" and each, a "Debtor"), a debtor and debtor-in-possession, certifies that the list of the creditors holding the twenty largest unsecured claims, attached hereto as Exhibit B (the "RBio List" and together with the ReGen List, the "Lists"), is true and correct to the best of its knowledge and consistent with RBio's books and records. RBio will supplement the RBio List to the

extent additional information regarding the creditors holding the twenty largest unsecured claims against RBio becomes available.

The information contained in the Lists is based upon a review of each Debtor's books and records. However, neither Debtor has conducted a comprehensive legal or factual investigation with regard to the accuracy of the information or possible defenses to the claims. Therefore, the Lists do not, and should not be deemed to, constitute: (i) an acknowledgement of the accuracy of the identity of any creditor or the validity of any claim or the amount of any claim; (ii) an acknowledgement of the allowability of any claim; or (iii) a wavier of any right or legal position of either Debtor. Further, neither Debtor concedes that any creditor listed on the Lists is a properly secured creditor holding a valid, perfected security interest, and each Debtor reserves the right to dispute any such claim by a creditor.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 8, 2011

REGEN BIOLOGICS, INC.
By: _____
Gerald E. Bisbee, Jr.
Title: President and Chief Executive Officer

RBIO, INC.
By: _____
Gerald E. Bisbee, Jr.
Title: President and Chief Executive Officer

**Exhibit A**

Form B4 (Official Form 4) (12/07)

| United States Bankruptcy Court<br>District of Delaware | |
|---|---|
| In re : ReGen Biologics, Inc.,<br>Debtor | Case No. (Unknown)<br><br>Chapter 11 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address, including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| FIM Holding AG | Peter Tschirky<br>Johannes Roelli Scheffelstr 2<br>9000 St Gallen<br>Switzerland<br>+41 79 205 31 46<br>peter_tschirky@bluewih.ch | 2009 and 2010 secured Bridge notes and interest accrued through 4/5/2011 (value of security unknown) | contingent, unliquidated, disputed | $206,533.33 |
| Medwork AG | Adreas Baenziger<br>Feldstrasse 11<br>9050 Appenzell Switzerland<br>+41 79 600 33 20<br>info@medwork.ch | trade creditor, consulting for Swiss subsidiary | contingent, unliquidated, disputed | $162,186.83[1] |
| Brion Umidi | Brion Umidi<br>989 Bayberry Drive<br>Arnold MD 21012<br>(410) 349-2431<br>brion@umidi.com | $1,160.89 for 2009 secured Bridge note and interest accrued through 4/5/2011 (value of security unknown); $75,485 trade credit, finance consultant; $50,669 for severance due under employment agreement | contingent, unliquidated, disputed | $127,314.89 |

---

[1] 148,890.75 CHF, converted to USD based on 4/6/11 exchange rate.

_2_ continuation sheets attached

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Creditor | Contact | Nature of Claim | Status | Amount |
|---|---|---|---|---|
| The Dogwood Corporation | Barry Truab, President<br>1735 Union Street, Suite C<br>San Francisco, CA 94123<br>(415) 921-6151<br>btkool@sbcglobal.net | 2009 and 2010 secured Bridge notes and interest accrued through 4/5/2011 (value of security unknown) | contingent, unliquidated, disputed | $106,166.67 |
| James C. Flounlacker | James C. Flounlacker<br>907 Country Club Drive<br>Vienna VA 22180<br>(703) 319-1614 | $91,727 due for severance under employment agreement; $13,926.40 due for 2009 Bridge note and interest accrued through 4/5/2011 | contingent, unliquidated, disputed | $105,653.00 |
| Arthur Rock 2000 Trust | Arthur Rock<br>One Maritime Plaza, Suite 1220<br>San Francisco, CA 94111-3404<br>(415) 981-3921 | 2009 and 2010 secured Bridge notes and interest accrued through 4/5/2011 (value of security unknown) | contingent, unliquidated, disputed | $43,528.33 |
| HUG - Schaumburg Holding AG | Klaus Hug<br>Birkenweg 8<br>CH-4310 Rheinfelden<br>Switzerland<br>+41-61-8133351 | 2009 and 2010 secured Bridge notes and interest accrued through 4/5/2011 (value of security unknown) | contingent, unliquidated, disputed | $41,306.67 |
| MSNW Continental Associates | c/o Newmark & Co Real Estate Inc.<br>125 Park Avenue 11th floor<br>New York NY 10017<br>(212) 372-2258 | trade creditor, NJ corporate headquarters | contingent, unliquidated, disputed | $11,368.60 |
| Canaccord Adams | Canaccord Adams<br>99 High Street<br>Accounting Dept<br>Boston MA 02110<br>(617) 371-3900 | trade creditor, financing consultant | contingent, unliquidated, disputed | $10,422.18 |
| The Sharadin Group | The Sharadin Group<br>15810 NE 136th Place<br>Redmond WA 98052<br>(425) 869-9778 | trade creditor, investor relations | contingent, unliquidated, disputed | $10,000.00 |
| Computershare Shareholder Services | Computershare Shareholder Services<br>4229 Collection Center Drive<br>Chicago IL 60693<br>(201) 222-4682 | trade creditor, transfer agent | contingent, unliquidated, disputed | $5,559.87 |
| ADP Investor | ADP Investor<br>PO Box 23487<br>Newark NJ 07189<br>(631) 254-7067 | trade creditor, investor services | contingent, unliquidated, disputed | $5,379.29 |

Sheet no. 1 of  2  continuation sheets attached to  
List of Creditors Holding 20 Largest Unsecured Claims

402851980v1

**Form B4 (Official Form 4) (12/07) – Cont.**

In re: ReGen Biologics, Inc.
        Debtor

Case No.    Unknown
        (If known)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| | | | | |
|---|---|---|---|---|
| Westlaw Business | Sharon Rosner, Fin. Ser. Rep.<br>Thomson West Payment Center<br>PO Box 6292<br>Carol Stream, IL 60197-6292<br>(800) 522-0552<br>sharon.rosner@thomsonreuters.com | trade creditor, EDGAR and printing services | contingent, unliquidated, disputed | $2,710.00 |

Sheet no. 2 of  2  continuation sheets attached to
List of Creditors Holding 20 Largest Unsecured Claims

402851980v1

**Exhibit B**

Form B4 (Official Form 4) (12/07)

| United States Bankruptcy Court<br>District of Delaware | |
|---|---|
| In re : RBio, Inc.,<br>Debtor | Case No. (Unknown)<br>Chapter 11 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address, including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Zimmer Holdings, Inc. | PO Box 708<br>Warsaw IN 46581<br>(574) 267-6131 | Unsecured portion of $8,931,829 total balance of notes and cumulative compound interest (value of security unknown) | contingent, unliquidated, disputed | $3,019,905.16 |
| Pillsbury Winthrop Shaw Pittman LLP | David Main<br>1650 Tysons Boulevard<br>McLean, VA 22102<br>(703) 770-7518 | trade creditor, corporate legal counsel | contingent, unliquidated, disputed | $510,000.00 |
| Metropolitan Life Insurance Company | Seaport Centre<br>CBRE<br>Chet Socco, RPA | Senior Real Estate Manager<br>701 Chesapeake Drive<br>Redwood City, CA 94063<br>(650) 366-8383 | trade creditor, Redwood City, CA facility lease | contingent, unliquidated, disputed | $258,370.24 |
| 4 Alpine Group | Alicia Fitzpatrick<br>660 Pennsylvania Ave, SE<br>Suite 201<br>Washington, DC 20003<br>(202) 548-2318 | trade creditor, FDA consultant | contingent, unliquidated, disputed | $83,500.00 |
| Goodwin Proctor LLP | Janice Holland<br>901 New York Avenue, NW<br>Washington, DC 20001<br>(617) 227-8591 | trade creditor, FDA counsel | contingent, unliquidated, disputed | $81,026.00 |

  2  continuation sheets attached

**Form B4 (Official Form 4) (12/07) – Cont.**

In re: RBio, Inc.            Case No. _____ (Unknown)
              Debtor                                                 (If known)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| | | | | |
|---|---|---|---|---|
| T.O.R.I Orthopaedic Research | Dr. Tasto<br>6058 Ridgemoor Drive<br>San Diego CA 92120<br>(619) 287-1817 | trade creditor, surgical consultant | contingent, unliquidated, disputed | $72,250.00 |
| Argenta Reimbursement Advisors | Louise Guy<br>539 Bielenberg Dr Suite 200<br>Woodbury MN 55125<br>(612) 781-3767 | trade creditor, reimbursement consultant | contingent, unliquidated, disputed | $70,783.55 |
| Conewago Consulting LLC | Michael Hutton<br>20 Royal Dominion Court<br>Bethesda MA 20817<br>(202) 746-6878 | trade creditor, FDA consultant | contingent, unliquidated, disputed | $62,500.00 |
| Computer Patent Annuities Ltd | David Wright, Managing Director<br>Krysium Advisors LTD<br>PO Box 16<br>Leominster Herefordshire<br>HR6 0DD UK<br>+44(0)1568-610777 | trade creditor, patent renewals | contingent, unliquidated, disputed | $62,073.59 |
| MDCI | Christina Caffelle<br>49 Plain Street<br>North Attleboro MA 02760<br>(508) 643-0434 | trade creditor, clinical statistical services | contingent, unliquidated, disputed | $48,585.00 |
| Surgical Specialties | 100 Dennis Drive<br>Reading PA 19606<br>Amanda Lord, Acctg<br>(610) 404-3306 | trade creditor, inventory | contingent, unliquidated, disputed | $46,547.30 |
| Phillips Consulting Group LLC | Phil Phillips<br>PO Box 39<br>McHenry MD 21541<br>(202) 420-9042 | trade creditor, FDA consultant | contingent, unliquidated, disputed | $39,363.00 |
| Strategic Reimbursement Consulting | Cindy Vandenbosch<br>4342 Rangeview Drive<br>Billings MT 59103<br>(406) 248-3994 | trade creditor, reimbursement consultant | contingent, unliquidated, disputed | $36,500.00 |
| Daniel Kowalski | Dan Kowalski<br>1400 NW Irving Street #721<br>Portland OR 97209<br>(503) 227-6200 | trade creditor, sales | contingent, unliquidated, disputed | $32,500.00 |
| RSM McGladrey | Liza Fuka, AR<br>100 International Drive, Suite 1400<br>Baltimore MD 21202<br>(410) 308-5720 | trade creditor, accounting and tax services | contingent, unliquidated, disputed | $30,344.00 |
| Lucchesi Business Consulting, LLC | Donna Luchesi<br>IDev Technologies, Inc.<br>253 Medical Center Boulevard<br>Webster, TX 77598<br>(480) 634-6923 | trade creditor, market consultant | contingent, unliquidated, disputed | $30,000.00 |

Sheet no. 1 of  2  continuation sheets attached to
List of Creditors Holding 20 Largest Unsecured Claims

402851981v1

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| | | | | |
|---|---|---|---|---|
| Off Madison Ave | 80 East Rio Salado Parkway Suite 711 Tempe, AZ 85281 (480) 505-4500 | trade creditor, marketing brochures Judgment lien against IP, Superior Court of AZ, Maricopa County (value of security unknown) | contingent, unliquidated, disputed | $26,862.22 |
| Vista Labs | Bill Sutton 1030 N Charles Street 4th floor Baltimore MD 21201 (410) 637-3704 | trade creditor, surgeon training | contingent, unliquidated, disputed | $22,218.00 |
| newsPRos | Jamie Moss 20 South Murray Street Ridgewood NJ 07450 (201) 493-1027 | trade creditor, public relations | contingent, unliquidated, disputed | $22,000.00 |
| AppTec Laboratory Services | Lydia Erce, AR 2640 Executive Drive St. Paul MN 55120 (888) 794-0077 | trade creditor, laboratory services | contingent, unliquidated, disputed | $21,562.00 |

Sheet no. 2 of _2_ continuation sheets attached to
List of Creditors Holding 20 Largest Unsecured Claims

402851981v1