IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ReGen Biologics, Inc.,<br><br>Debtor. | Chapter 11<br><br>Case No. 11-11083 (PJW) |

### REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rules 2002(g) and (i), 3017(a), and 9010(b), SANDERLING VENTURE PARTNERS VI, L.P. (hereinafter "SANDERLING"), hereby appears as a creditor, and hereby requests the Clerk of the above Court, the Debtor, Debtor's Counsel, and all other interested parties, to give notice to SANDERLING regarding all matters within the scope of Bankruptcy Rules 2002(a), (b), (e), (f), (i), and to provide copies of all documents, including, without limitation, all proposed disclosure statements and plans of reorganization, any and all notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, requests, and any other documents brought before the Court in this case or required to be sent under the Bankruptcy Rules, the Local Rules or the practices of this Court, by sending such notices and documents to SANDERLING at the following address:

> Sanderling Venture Partners VI, L.P.
> c/o Gregg S. Kleiner
> Cooley LLP
> 101 California Street, 5th Floor
> San Francisco, CA 94111-5800

Dated: April 12, 2011

COOLEY LLP

 /s/  Gregg S. Kleiner
Gregg S. Kleiner (CA State Bar #141311)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: kleinergs@cooley.com

1217074 v1/SF

## PROOF OF SERVICE

I, Kris Tsao Cachia, hereby declare:

I am employed in the City of San Francisco, County of San Francisco, California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Cooley LLP, 101 California Street, 5th Floor, San Francisco, California 94111-5800.

On April 12, 2011, I served the foregoing document(s) described as:

### REQUEST FOR NOTICE

on the interested parties in this action by placing a true copy(ies) thereof, on the above date, enclosed in sealed envelopes for service and prepared for processing as described below, and addressed and served in the manner indicated on the attached service list.

__XX__ (BY FIRST CLASS MAIL) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on April 12, 2011 at San Francisco, California.

                                                   /s/ Kris Tsao Cachia
                                                      Kris Tsao Cachia

**S<span style="font-variant:small-caps">ERVICE</span> L<span style="font-variant:small-caps">IST</span>**

*Debtor*
ReGen Biologics, Inc.
411 Hackensack Avenue
Hackensack, NJ 07601

*Co-Counsel to Debtor*
Jerry Hall
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, N.W.
Washington, DC 20037-1128

Stephen W. Spence
Phillips, Goldman & Spence
1200 N. Broom Street
Wilmington, DE 19806

*U.S. Trustee*
Office of the U.S. Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

*Request for Notice Parties*
Sports Medicine Holding Company, LLC
Michelle E. Marino
919 N. Market Street, Suite 1500
Wilmington, DE 19801