IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------- X
In re: ) Case No. 11-11083 (PJW)
)
REGEN BIOLOGICS, INC., ) Chapter 11
)
)
Debtor. )
)
)
------------------------------------- X
In re: ) Case No. 11-11084 (PJW)
)
RBIO, INC., ) Chapter 11
)
)
Debtor. )
) Related to Docket No. ___
)
) (Joint Administration Requested)
------------------------------------- X

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of William M. Goldman, Esq., DLA PIPER LLP (US), 1251 Avenue of the Americas, New York, New York 10020-1104, to represent Sports Medicine Holding Company, LLC ("Sports Medicine") in the case of ReGen Biologics, Inc., et al.

Respectfully submitted,

Date: April 18, 2011
Wilmington, DE

/s/ Michelle E. Marino
Michelle E. Marino (DE Bar No. 4577)
DLA PIPER LLP (US)
919 North Market Street, Suite 1500
Wilmington, Delaware 19801
Telephone: 302-468-5700
Facsimile: 302-394-2341
Email: michelle.marino@dlapiper.com

*Counsel for Sports Medicine Holding Company, LLC*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Date: April 18, 2011  
Wilmington, DE

/s/ William M. Goldman  
William M. Goldman, Esq.  
DLA PIPER LLP (US)  
1251 Avenue of the Americas  
New York, New York 10020-1104  
Telephone: (212) 335-4500  
Facsimile: (212) 335-4501

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* is granted.

Dated: _____, 2011  
Wilmington, Delaware

_____  
HONORABLE PETER J. WALSH  
UNITED STATES BANKRUPTCY JUDGE