**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
|                                    )
**In Re:**                          )          **Case No. 11-11083 (PJW)**
                                     )
**REGEN BIOLOGICS, INC.,**          )          **Chapter 11**
                                     )
              **Debtor.**            )          **Ref. D.I. 26, 27, 29**
_____)
                                     )
                                     )          **Case No. 11-11084 (PJW)**
**In Re:**                          )
                                     )          **Chapter 11**
**RBIO, INC.,**                     )
                                     )          (Joint Administration Requested)
              **Debtor.**            )
                                     )          **Ref. D.I. 20, 21, 23**
_____)

## MOTION TO SHORTEN NOTICE

ReGen Biologics, Inc. ("ReGen" ) and RBio, Inc. ("RBio"), the debtors and

debtors-in-possession (the "Debtors" and each, a "Debtor"), through undersigned counsel,

hereby move this Court for an order pursuant to Rule 9006-1(e) of the Local Rules of the Court

(the "Local Rules"), substantially in the form attached, shortening the notice of the motions

identified below (collectively, the "Motions"), such that (i) an expedited hearing with respect to

the Motions may be held at the next omnibus hearing scheduled in the Debtors' cases on May 3,

2011 (the "Hearing"), and (ii) objections to the Motions, if any, be filed by May 2, 2011 at 12:00

noon (prevailing Eastern time):

- Motion for Order (I) Approving Bid Procedures Relating to Sale of All or
  Substantially All of the Assets of the Debtors; (II) Scheduling a Hearing to
  Consider the Sale and Approving the Form and Manner of Notices;
  (III) Approving Break-Up Fee Provision; (IV) Establishing Certain Notice
  Procedures for Determining Cure Amounts for Executory Contracts and
  Leases to Be Assigned; and (V) Granting Related Relief (the "Bid Procedures
  Motion")

- Motion of the Debtors for Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses

- Application of the Debtors for Authority to Employ and Retain Gibbons P.C. as Special Counsel

### Jurisdiction

1.     This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### Background

2.     On April 8, 2011, each Debtor filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code[1] (the "Bankruptcy Code").  The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee, examiner, or committee of unsecured creditors has been appointed in any of the Debtors' chapter 11 cases.

### Relief Requested & Basis for Relief Requested

3.     Pursuant to Rule 9006-1(c) of the Local Rules, the Debtors are required to give notice of the Motions at least 14 days prior to the hearing date on the Motions.  Rule 9006-1(e) of the Local Rules provides, in pertinent part, that "[n]o motion will be scheduled on less notice than required by these Rules or the Fed. R. Bankr. P. except by order of the court, on written motion . . . specifying the exigencies justifying shortened notice."

4.     The Debtors seek to shorten the period in which they are required to give notice of the hearing on the Motions.  Specifically, the Debtors seek an order from this Court scheduling a hearing on the Motions at their next scheduled omnibus hearing on May 3, 2011, at

---

[1]     11 U.S.C. 101–1532 (2006).

10:30 a.m. (prevailing Eastern time).  The Debtors further seek that any objections or other responses to the Motions be made on or before May 2, 2011 at 12:00 p.m. (prevailing Eastern time).

5.      The Debtors represent that a prompt hearing on the Motions is in the best interest of the Debtors' estates and the Court because resources will be preserved.  Specifically, obtaining prompt consideration of the Bid Procedures Motion at the next omnibus hearing on May 3, 2011, rather than at the following omnibus hearing date on June 8, 2011, also will benefit the Debtors' estates and creditors by maximizing the potential recovery through a prompt sale of the Debtors' assets.

6.      The Debtors believe it is in the best interests of their estates, creditors, customers and employees to commence a bidding process immediately, as the Debtors have limited funding and resources to try to maximize the value of their assets.  Indeed, debtor in possession financing is available only for a finite period of time.  Although the Debtors are operating on reduced expenses, it is unlikely they will be able to continue operating beyond the period of this proposed bidding process without additional funding, the source of which would be uncertain.

7.      The Debtors also submit that hearing the Motions on shortened notice will not prejudice parties in interest.  In order to allow parties additional time to respond, this Motion to Shorten and the Motions are being served by overnight mail on (i) the Office of the United States Trustee for the District of Delaware; (ii) the Debtors' twenty largest unsecured creditors; (iii) those parties requesting notice pursuant to Bankruptcy Rule 2002.

8.      If the Court grants expedited consideration of the Motions and shortens notice thereof, parties in interest will have at least 8 days' notice of the hearing on the Motions and at

least 7 days within which to object to the relief requested in the Motions. The notice is fair and adequate in light of the nature of the relief requested in the Motions.

WHEREFORE, for the reasons set forth, the Debtors respectfully requests the entry of an order approving the shortening of notice and expedited consideration of the Motions.

Dated: April 22, 2011         PHILLIPS, GOLDMAN & SPENCE, P.A.

By:     /s/ John C. Phillips, Jr.
        John C. Phillips, Jr. (#110)
        Stephen W. Spence, Esquire (#2033)
        Stephen A. Spence, Esquire (#5392)
        1200 North Broom Street
        Wilmington, DE 19806
        (302) 655-4200
        (302) 655-4210

        *Proposed Counsel for the Debtors*

PILLSBURY WINTHROP SHAW PITTMAN LLP

By:     Patrick J. Potter (admitted *pro hac vice*)
        Jerry Hall (admitted *pro hac vice*)
        Dania Slim (admitted *pro hac vice*)
        2300 N Street, NW
        Washington, DC 20037-1128
        Tel: (202) 663-8000
        Fax: (202) 663-8007

        *Proposed Counsel for the Debtors*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____

| | ) | |
|---|---|---|
| **In Re:** | ) | **Case No. 11-11083 (PJW)** |
| | ) | |
| **REGEN BIOLOGICS, INC.,** | ) | **Chapter 11** |
| | ) | |
| **Debtor.** | ) | |
| _____) | ) | |
| | ) | |
| **In Re:** | ) | **Case No. 11-11084 (PJW)** |
| | ) | |
| **RBIO, INC.,** | ) | **Chapter 11** |
| | ) | |
| **Debtor.** | ) | **Jointly Administered Under** |
| | ) | **Case No. 11-11083** |
| _____) | ) | |

Re: Docket No. _____

## ORDER GRANTING MOTION TO SHORTEN NOTICE

Upon the motion (the "Motion to Shorten") of the above-captioned debtors and

debtors-in-possession (collectively, the "Debtors") for an order shortening the notice period

regarding a hearing on the approval of (collectively, the "Motions"):

- Motion for Order (I) Approving Bid Procedures Relating to Sale of All or Substantially All of the Assets of the Debtors; (II) Scheduling a Hearing to Consider the Sale and Approving the Form and Manner of Notices; (III) Approving Break-Up Fee Provision; (IV) Establishing Certain Notice Procedures for Determining Cure Amounts for Executory Contracts and Leases to Be Assigned; and (V) Granting Related Relief;

- Motion of the Debtors for Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses;

- Application of the Debtors for Authority to Employ and Retain Gibbons P.C. as Special Counsel;

it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1157 and

1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 158(a);

and it appearing that the relief requested by the Motion to Shorten is in the best interests of

Debtors' estates, their creditors and other parties in interest; and after due deliberation and for good cause appearing for the Motion to Shorten, it is hereby

ORDERED that the Motion to Shorten is granted; and it is further

ORDERED, that the hearing on the Motions is scheduled for May 3, 2011, at 10:30 a.m. (prevailing Eastern time); and it is further

ORDERED, the deadline to object or respond to the Motions is set for May 2, 2011 at 12:00 p.m. (prevailing Eastern time).

Dated: _____, 2011

_____
The Honorable Peter J. Walsh
United States Bankruptcy Judge