B 6B (Official Form 6B) (12/07)

In re  REGEN BIOLOGICS, INC.           ,           Case No.  11-11083
        **Debtor**                                         **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

      Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

      **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Suntrust Bank ReGen Biologics Escrow - 7926117(Escrow Account) Richmond, VA Acct. est. pursuant to a 6/27/08 agreement, expired 12/31/09 - cash reverted to Company. | | 76,473.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

In re  REGEN BIOLOGICS, INC.                  ,   Case No.  11-11083
      **Debtor**                                                           **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | ReGen Biologics AG (wholly owned subsidiary) Zugerstrasse 72; 6340 Baar, Switzerland | | 1,419,788.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Intercompany receivables--see attachment | | 61,289,865.66 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re  REGEN BIOLOGICS, INC.    ,      Case No. 11-11083
       **Debtor**                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | SEE LIST OF PATENTS AND TRADEMARKS | | UNKNOWN |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____X_____ continuation sheets attached     Total▶    $     62,786,126.66
(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**REGEN BIOLOGICS, INC, DEBTOR**                              **CASE NO   11-11083**
                                                              **SCHEDULE B, ITEM 16**

**Intercompany receivables**

| | |
|---|---:|
| RBio, Inc., wholly owned US subsidiary | $59,613,858.25 |
| ReGen Biologics AG, wholly owned Swiss subsidiary | 1,676,007.41 |
| Total intercompany receivables | $61,289,865.66 |

## Patent Assets

| Country | No. | Issue Date or Filing Date | Expiration Date or Status | Title |
|---|---|---|---|---|
| Canada | 2571803 | 6/28/2005 | Lapsed (can be reinstated by 6/28/2011) | Resorbable Implant with Lubricious Coating |
| Canada | 2595630 | 2/7/2006 | Lapsed (can be reinstated by 2/7/2012) | System and Method for All-Inside Suture Fixation for Implant Attachment and Soft Tissue Repair |
| Europe | 06720310.9 | 2/7/2006 | Pending | System and Method for All-Inside Suture Fixation for Implant Attachment and Soft Tissue Repair |
| Hong Kong | 08101912.5 | 2/7/2006 | Pending | System and Method for All-Inside Suture Fixation for Implant Attachment and Soft Tissue Repair |
| Japan | 2007-554285 | 2/7/2006 | Pending | System and Method for All-Inside Suture Fixation for Implant Attachment and Soft Tissue Repair |
| Australia | 2007284219 | 7/27/2007 | Pending | System and Method for All-Inside Suture Fixation for Implant Attachment and Soft Tissue Repair |
| Canada | 2660285 | 7/28/2007 | Pending | System and Method for All-Inside Suture Fixation for Implant Attachment and Soft Tissue Repair |
| Europe | 07799856.5 | 7/29/2007 | Pending | System and Method for All-Inside Suture Fixation for Implant Attachment and Soft Tissue Repair |
| USA | 11/348467 | 2/7/2006 | Pending | System and Method for All-Inside Suture Fixation for Implant Attachment and Soft Tissue Repair |
| USA | 11/501235 | 8/9/2006 | Pending | System and Method for All-Inside Suture Fixation for Implant Attachment and Soft Tissue Repair |

**Trademark Assets**

| Country | Mark | No. | Goods | Status |
|---|---|---|---|---|
| Australia | REGEN | 1098705 | Medical products for soft tissue growth and repair including implants<br><br>Medical devices and medical apparatus and instruments | Filed 2/14/06; Registered 2/14/06; renewal due 2/14/16 |
| E.U. | CMI | 4795787 | Medical and surgical implants but not including artificial teeth<br><br>Surgical, medical, dental and veterinary apparatus and instruments; orthopedic articles; suture materials; medical and surgical implants; but not including artificial teeth | Filed 12/21/05; Registered 2/7/07; renewal due 12/21/15 |
| E.U. | MENAFLEX | 8163057 | Surgical implants comprising living tissue, used to repair, reinforce, and restore human meniscus tissue<br><br>Surgical implants composed of artificial materials, used to repair, reinforce, and restore human meniscus tissue | Filed 3/18/09; Registered 10/7/09; renewal due 3/18/19 |
| E.U. | REGEN | 4796165 | Veterinary preparations; medical products for soft tissue growth and repair<br><br>Surgical, medical, dental and veterinary apparatus and instruments, artificial limbs, eyes and teeth; orthopedic articles; suture materials; medical products for soft tissue growth and repair; medical devices; not including dermatological and hair care products | Filed 12/21/05; Registered 9/3/07; renewal due 12/21/15 |
| E.U. | REGEN BIOLOGICS | 4796231 | Veterinary preparations; medical products for soft tissue growth and repair<br><br>Surgical, medical, dental and veterinary apparatus and instruments, artificial limbs, eyes and teeth; orthopedic articles; suture materials; medical devices | Filed 12/21/05; Registered 8/24/07; renewal due 12/21/15 |
| South Africa | MENAFLEX | 2009/04808 | Surgical implants comprising living tissue, used to repair, reinforce, and restore human meniscus tissue | Filed 3/18/09; pending |
| South Africa | MENAFLEX | 2009/04809 | Surgical implants composed of artificial materials, used to repair, reinforce, and restore human meniscus tissue | Filed 3/18/09; pending |

**Trademark Assets**

| Country | Mark | No. | Goods | Status |
|---|---|---|---|---|
| Switzerland | CMI | 544399 | Implants used to facilitate the growth of new tissue | Filed 2/20/06; Registered 3/31/06; renewal due 2/20/16 |
| Switzerland | REGEN | 544400 | Medical devices | Filed 2/20/06; Registered 3/31/06; renewal due 2/20/16 |
| United States | (logo) | 3674026 | Medical products, namely, biocompatible implants comprised of living tissue for soft tissue growth and repair<br><br>Medical devices and instruments used in implant procedures and for the surgical repair of tissue; Medical products, namely, biocompatible implants comprised of synthetic tissue for soft tissue growth and repair | Filed 4/29/08; Registered 8/25/09; renewal due 8/25/15 |
| United States | CMI | 3308864 | Surgical implants comprising a porous matrix of processed biocompatible and bioresorbable collagen fibers used to facilitate the growth of tissue in the human knee | Filed 9/12/05; Registered 10/9/07; renewal due 10/9/13 |
| United States | REGEN BIOLOGICS | 3345499 | Medical products, namely, biocompatible implants for soft tissue growth and repair<br><br>Medical devices and instruments used in implant procedures and for the surgical repair of tissue | Filed 9/12/05; Registered 11/27/07; renewal due 11/27/13 |

Note: All U.S. Trademarks currently assigned to Off Madison Avenue with reversion back to Debtor when lien against trademarks is satisfied.