B 6F (Official Form 6F) (12/07)

**In re** REGEN BIOLOGICS INC , **Case No.** 11-11083
Debtor (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 04268Q<br>ADP Investor Communication Services PO Box 23487 Newark NJ 07189 | | | trade payable | | | | 5,379.29 |
| ACCOUNT NO.<br>Alpine Group- Suite 201 660 PennsylvaniaAveSE Washington DC 20003 | | | trade payable | | | | 83,500.00 |
| ACCOUNT NO.<br>Imperial Credit Corporation 45 East River Park Place308 Fresno CA 93720 | X | | insurance premium financing | | | | 122,816.75 |
| ACCOUNT NO.<br>Canaccord Adams 99 High St Boston MA 02110 | | | trade payable | | | | 10,422.18 |
| | | | | | | Subtotal▶ | $ 222,118.20 |
| __6__ continuation sheets attached | | | | | | Total▶ (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

B 6F (Official Form 6F) (12/07) - Cont.

In re  REGEN BIOLOGICS INC           ,           Case No.  11-11083
           Debtor                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Capital Publishing, Inc. <br> PO Box 3138 <br> Spring Hill FL | | | trade payable | | | | 6,945.00 |
| ACCOUNT NO. <br> Clippert Medical SalesINC <br> 42W487 Jens Jensen Lane <br> St. Charles IL 60175 | | | trade payable | | | | 3,250.00 |
| ACCOUNT NO. <br> Conewago Consulting LLC <br> 20 Royal Dominion Court <br> Bethesda MD 20817 | | | trade payable | | | | 62,500.00 |
| ACCOUNT NO. <br> Daniel Kowalski 1400 NW Irving Street #721 <br> Portland OR 97209 | | | trade payable | | | | 32,500.00 |
| ACCOUNT NO. <br> David Watts <br> 1070 Leslie Dr <br> San Jose CA 95117 | | | trade payable | | | | 3,276.84 |

Sheet no. 1 of 6 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $ 108,471.84

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  REGEN BIOLOGICS, INC.    ,     Case No.  11-11083
      **Debtor**     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Diana V. Petro<br>1543 Bollinger Road<br>Westminster MD 21157 | | | trade payable | | | | 900.00 |
| ACCOUNT NO. ARS00<br>EquiServe LP-computershare<br>4229 Collection Center Drive<br>Chicago IL | | | trade payable | | | | 4,039.54 |
| ACCOUNT NO.<br>Factory<br>Prof Bonkhorstlaan 10<br>3723 MB Bilthoven Netherlnd | | | trade payable denominated in Euros; USD amt based on fx rates on invoice dates | | X | | 8,813.71 |
| ACCOUNT NO.<br>Heinz Hoenecke MD<br>12852 Via Nestore<br>Del Mar CA 92014 | | | trade payable | | | | 18,950.00 |
| ACCOUNT NO.<br>Information Systems<br>PO Box 4153<br>Annapolis MD 21403 | | | trade payable | | | | 19,000.00 |

Sheet no. 2 of 6 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ 51,703.25

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  REGEN BIOLOGICS, INC.       ,     Case No.  11-11083
         **Debtor**                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Intermedia.net 150 Mathilda Pl #104 Sunnyvale CA 94086 | | | trade payable | | | | 969.80 |
| ACCOUNT NO. James C. Flounlacker 907 Country Club Drive Vienna VA 22180 | | | trade payable | | | | 2,175.00 |
| ACCOUNT NO. LTS Medical, LLC 7300 Hudson Blvd #175 Oakdale MN 55128 | | | trade payable | | | | 1,170.00 |
| ACCOUNT NO. Donna Lucchesi 253 Medical CenterBlvd Webster TX 77598 | | | trade payable | | | | 30,000.00 |
| ACCOUNT NO. Matthew Burgener 2114 Cantata Court Matthews NC 28105 | | | trade payable | | | | 9,000.00 |

Sheet no. 3 of 6 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ 43,314.80

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re REGEN BIOLOGICS, INC.            , Case No. 11-11083
        **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> MDCI <br> PO Box 4110 Dept 180 <br> Woburn MA 01888-4110 | | | trade payable | | | | 48,585.00 |
| ACCOUNT NO. <br> Medwork AG <br> Feldstrasse 11 <br> CH9050 Appenzell | | | trade payable denominated in CHF; USD amt based on fx rates on invoice dates | | X | | 214,167.00 |
| ACCOUNT NO. <br> MSNW c/o Newmark <br> 125 Park Avenue <br> New York, NY 10017 | | | trade payable | | | | 17,288.16 |
| ACCOUNT NO. <br> NDA Partners LLC <br> 720 Riverview Terrace <br> Annapolis MD 21401 | | | trade payable | | | | 17,525.46 |
| ACCOUNT NO. <br> Phillips Consulting Group <br> PO Box 39 <br> McHenry MD 21541 | | | trade payable | | | | 39,613.00 |

Sheet no. 4 of 6 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ 337,178.62

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  REGEN BIOLOGICS, INC.        ,         Case No. 11-11083
    **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>RSM McGladrey<br>5155 Paysphere Circle<br>Chicago IL 60647 | | | trade payable | | | | 30,344.00 |
| ACCOUNT NO.<br>SEC Medical<br>4201 Riviera Drive<br>Louisville KY 40207 | | | trade payable | | | | 5,502.60 |
| ACCOUNT NO.<br>Pillsbury Winthrop Shaw P<br>2300 N Street NW<br>Washington DC 20037 | | | trade payable * | | | | 510,000.00 |
| ACCOUNT NO.<br>Smestad<br>1023 Emerson Street<br>Palo Alto CA 94301 | | | trade payable | | | | 4,087.50 |
| ACCOUNT NO.<br>Summit Innovations<br>8796 N. Cove Drive<br>Park City, UT 84098 | | | trade payable | | | | 590.00 |

Sheet no. 5 of 6 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ 550,524.10

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

*Pillsbury's prepetition claim is entirely extinguished pursuant to approval of its employment application as Debtor's counsel

B 6F (Official Form 6F) (12/07) - Cont.

In re  REGEN BIOLOGICS, INC.          ,                Case No.  11-11083
              **Debtor**                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> T.O.R.I Orthopaedic <br> 6058 Ridgemoor Dr <br> San Diego CA 92120 | | | trade payable | | | | 72,250.00 |
| ACCOUNT NO. <br> Umidi & Co <br> 989 Bayberry Drive <br> Arnold MD 21012 | | | trade payable | | | | 75,485.00 |
| ACCOUNT NO. <br> Goodwin Proctor LLP <br> 901 New York Avenue <br> Washington DC 20001 | | | trade payable | | | | 81,026.30 |
| ACCOUNT NO. <br> Strategic Reimbursement <br> 4342 Rangeview Drive <br> Billings MT 59106 | | | trade payable | | | | 36,500.00 |
| ACCOUNT NO. 057329 <br> NETSUITE <br> 2955 Campus Drive Suite 100; San Mateo, CA 94403 | | | trade payable | | | | 3,582.00 |

Sheet no. __6__ of __6__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ 268,843.30

Total➤ $ 1,582,154.13
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)